EXHIBIT A

Applied Occupational and Environmental Hygiene
Volume 17(1): 55–62, 2002
Copyright © 2002 Applied Industrial Hygiene
1047-322X/02 $12.00 + .00

# Fiber Release During the Removal of Asbestos-Containing Gaskets: A Work Practice Simulation

William E. Longo, William B. Egeland, Richard L. Hatfield, and Larry R. Newton
*Materials Analytical Services, Inc., Suwanee, Georgia*

Work practice studies were conducted involving the removal of asbestos-containing sheet gaskets from steam flanges. These studies were performed to determine potential exposure levels to individuals who have worked with these types of materials in the past and may still work with these products today. The work practices were conducted inside an exposure characterization laboratory (ECL) and were performed by scraping and wire brushing, chrysotile-containing (65% to 85%) sheet gaskets from a number of steel steam flanges. Airborne asbestos levels were measured by airborne contrast microscopy (PCM) and transmission electron microscopy (TEM) for the personal and area air samples collected during the study. These samples were also analyzed for asbestos fiber size using analytical transmission electron microscopy. Two removal techniques, hand wire brushing and power wire brushing, and power wire brushing techniques during the gasket removal process. The range of concentrations was 2.1 to 11.0 fibers/cc greater than concentrations when measured by PCM. These results contrasted with the far reported results in the published literature where lower airborne asbestos levels were reported. In these studies the airborne asbestos fiber levels measured in many of the samples exceeded all current and historical Occupational Safety and Health Administration (OSHA) excursion limits (15–30 minutes) and some previous permissible exposure limits (PEL) based on eight-hour time-weighted average (TWA) standards. Also, individuals who performed this type of work in the past may have had exposures higher than previously suspected. The results demonstrated that employees who remove dry asbestos-containing gaskets with no localized ventilation should wear a full face supplied air respirator with a HEPA escape canister and the work area should be designated a regulated area.

**Keywords** Asbestos, Gasket, Removal, Exposure

Asbestos-containing sheet gaskets have been used in almost every type of industry for the last 60 years. These gaskets had

the ability to prevent leakage between different types of couplings, particularly at elevated temperature and pressure.[1] These types of gaskets normally contained 70 percent to 80 percent chrysotile asbestos by weight. In some cases crocidolite asbestos was used for special applications, that is, sealing flanges in acid lines. The remaining non-asbestos component of the gasket was usually constructed of synthetic rubber material that consisted of either neoprene, styrene butadiene rubber (SBR), or a nitrile polymer.[2–3]

Most companies replaced asbestos fibers in their gasket products with other non-asbestos fibers in the late 1980s or early 1990s. This coincided with the Environmental Protection Agency's (EPA) 1989 ban on the manufacture, importation, processing, and distribution of these types of products.[4] However, the United States Fifth Circuit Court of Appeals vacated most of the asbestos ban and Phase Out Rule and remanded it back to EPA in October 1991. Although the court vacated and remanded most of the rule, it left intact the portion that regulated asbestos products that were not being manufactured, produced, or imported when the rule was published in December 1989. Since asbestos-containing sheet gaskets were still being imported into this country, they were exempt from the ban and can still be manufactured, purchased, and used in the United States.

Further remedy described the problem with the use of these products when it demonstrated that the application of asbestos-containing gaskets had the potential to release respirable asbestos fibers well above current OSHA standards. Further recommended that these products should not be used in today's industry and that only non-asbestos gaskets should be used in their place.[5]

An issue that faces many former industrial workers is the past use of these types of gaskets. Workers were not informed in most cases that the products they were using had the potential to release elevated levels of respirable asbestos fibers. Legal issues concerning past exposures pose this basic question: Did handling and performing maintenance activities on these products contribute to their asbestos exposure history? Industrial hygienists most rely on a retrospective exposure assessment to make

Applied Occupational and Environmental Hygiene
Volume 17(1): 55-62, 2002
Copyright © 2002 Applied Industrial Hygiene
1047-322X/02 $12.00 + .00

# Fiber Release During the Removal of Asbestos-Containing Gaskets: A Work Practice Simulation

William E. Longo, William B. Egeland, Richard L. Hatfield, and Larry R. Newton

Materials Analytical Services, Inc., Suwanee, Georgia

Work practice studies were conducted involving the removal of asbestos-containing sheet gaskets from steam flanges. These studies were performed to determine potential exposure levels to individuals who have worked with these types of materials in the past and may still work with these products today. The work practices were conducted inside an exposure characterization laboratory (ECL) and were performed by scraping and wire brushing chrysotile-containing (65% to 85%) sheet gaskets from a number of steel steam flanges. Airborne asbestos levels were measured by phase contrast microscopy (PCM) and transmission electron microscopy (TEM) for the fractional and respirable sample collected all during the study. These airborne levels showed substantial asbestos fiber release when the hand wire brushing, and power wire brushing techniques during the gasket removal process. The range of concentration was 2.1 to 31.0 fibers/cc greater than suspected when measured by PCM. These results compared well with the few reported results in the published literature where lower airborne asbestos levels were reported. In these studies the airborne asbestos fiber levels measured in many of the samples exceeded all current and historical Occupational Safety and Health Administration (OSHA) excursion limits (15-30 minutes) and some previous permissible exposure limits (PEL) based on eight-hour time-weighted average (TWA) standards. Also, individuals who performed this type of work in the past may have had exposures higher than previously suspected. The results demonstrated that employees who remove dry asbestos-containing gaskets with no localized ventilation should wear a full face supplied air respirator with a HEPA escape canister and the work area should be designated a regulated area.

Keywords: Asbestos, Gaskets, Removal, Exposure

Asbestos-containing sheet gaskets have been used in almost every type of industry for the last 60 years. These gaskets had the ability to prevent leakage between different types of couplings, particularly at elevated temperatures and pressure.[1] These types of gaskets normally contained 70 percent to 80 percent chrysotile asbestos by weight. In some cases crocidolite asbestos was used for special applications, that is, certain flanges in acid lines. The remaining non-asbestos component of the gasket was usually composed of synthetic rubber material that consisted of either neoprene, styrene butadiene rubber (SBR), or a similar polymer.[2-4]

Most compression replaced asbestos fiber in their gasket products with other non-asbestos fibers in the late 1980s or early 1990s. This coincided with the Environmental Protection Agency's (EPA) 1989 ban on the manufacture, importation, processing, and distribution of these types of products.[5] However, the United States Fifth Circuit Court of Appeals vacated most of the asbestos ban and Phase Out Rule and remanded it back to EPA in October 1991. Although the court vacated and remanded most of the rule, it left intact the portion that regulated asbestos products that were not being manufactured, produced, or imported when the rule was published in December 1989. Since asbestos-containing sheet gaskets were still being imported into this country, they were exempt from the ban and can still be manufactured, purchased, and used in the United States.

Fowler recently described the problem with the use of these products when he demonstrated that the application of asbestos-containing gaskets had the potential to release respirable asbestos fibers well above current OSHA standards. Fowler recommended that these products should not be used in today's industry and that only non-asbestos gaskets should be used in their place.[6]

An issue that faces many former industrial workers is the past use of these types of gaskets. Workers were not informed in most cases that the products they were using had the potential to release elevated levels of respirable asbestos fibers. Legal issues concerning past exposures pose this basic question: Did handling and performing maintenance activities on these gaskets contribute to their asbestos exposure history? Industrial hygienists may rely on a retrospective exposure assessment to make

this determination.[9] In this approach the individual's work history is compared to the results of retrospective exposure assessment studies that replicate their work activities.

A review of the peer-reviewed literature found very few published studies involving exposure assessments during the dry removal of asbestos sheet gaskets from flanges.[7-9] The studies of Cheng, Millette, and McKinney were somewhat limited in the information reported. Millette used only a small number of flanges. Cheng's work did not verify that all the gaskets contained asbestos. Additionally, these were only limited information provided in all these studies concerning the size and the history of the flanges used or the length of time required for the gasket removal process.

The most comprehensive study to date was by Spence et al.[10] However, the authors used wetting to control the airborne release of asbestos fibers. This limited the study's value for any retrospective exposure assessment since dust control methods were not used in the workplace historically.

In contrast to the previous studies, the goal of these new work practice studies was to estimate a worker's asbestos fiber exposure during the removal of asbestos-containing sheet gaskets using common removal techniques such as scraping, hand wire brushing, and power wire brushing. The studies were conducted on a large population of steam line flanges and valve assemblies. The compilation of several studies discussed in this article allows a more accurate retrospective exposure assessment for individuals who worked with these products in the past and the assessment of potential exposure to workers who may be removing gaskets-containing gaskets today using these same work practices.

High-intensity lighting and videotaping techniques were used inside an exposure characterization laboratory (ECL) during the work practice studies to visually document the pathway of exposure during the gasket removal process and to help determine what activities produce the airborne asbestos fibers.

The methods and procedures described in this report can be applied to assessing past and present industrial hygiene exposure to other dusts, fumes, and fiber-besides asbestos. The videotaping of dust, fumes, and fiber exposure under high-intensity light can be used as a training tool in visualizing the importance and effectiveness of engineering and administrative controls and respiratory protection.

## MATERIALS AND METHODS

A number of valve and flange assemblies were collected in 1994 from a paper mill powerhouse in Oregon and stored under ambient conditions in a protective environment until their use in these studies. A sampling of these flange and valve assemblies were partially opened to confirm the presence of asbestos in the sheet gaskets using polarized light microscopy (PLM) prior to the work practice study.[10] Any opened flanges were reassembled and the outside surfaces of all the flanges were cleaned, sand blasted, and repainted. Interviews with former machinists and

pipefitters from plants that the same common techniques for removing gasket material tightly adhered to the flange surface were hand scraping, hand wire brushing, and/or electric wire brushing.

The work practice simulations were conducted inside an exposure characterization laboratory (ECL) that was constructed as a containment area to prevent the release of asbestos to the outside environment. The dimensions of this containment area were 6.0 m (length) x 4.5 m (width) x 2.4 m (height). The ECL also contained two viewing ports for videotaping purposes and had a decontamination area for contaminated clothing disposal, an air lock for sample removal, and showers to further control fugitive emissions.

Fresh air was produced by a high efficiency particulate absolute (HEPA) filtered negative air machine manufactured by Aramsco (model #5501 1) and pulled through the ECL at a ventilation rate of 5.7 cubic meters per minute. This unit was operated at an air exchange rate of five times per hour (ACH) during the work practice studies. The air in the chamber was flushed between studies by increasing the fresh air ventilation to 28.3 cubic meters per minute by removing the fresh air restriction. At the end of the final scraping and hand wire brushing study (Study I), the ECL was completely decontaminated by HEPA vacuuming all surfaces and debris and then wet wiping. Also, all inside surfaces were repainted after the decontamination procedure.

High-intensity lighting (700-1000 watts) was used inside the chamber during videotaping of the work practices to document dust generated by various tasks and to observe pathways of exposure to respirable dust. In previous studies the use of high-intensity lighting was found to be an effective tool to display respirable airborne dust released from asbestos-containing product during work activities.[11,12] The authors performed these studies wearing normal work clothes over disposable protective suits and were equipped with supplied air respiratory protection with HEPA cartridge filters.

Personal and area air samples were collected during the studies using non-conductive three-piece cassettes. The cassettes contained mixed cellulose ester (MCE) filters that were 25 millimeters in diameter and had a 0.8 micrometer pore size. These filters rested on a MCE backing filter (5.0 micrometer pores). The personal and area air sampling pumps were calibrated before and after the completion of each study against a DryCal primary flow meter to air flow rates of two and ten liters per minute, respectively. High-volume air-sampling pumps (Dewatis 110 volt) were used for collecting area air samples during the studies. Four area samples were located in four equidistant quadrants at a distance of 2.1 meters from a work bench placed in the center of the ECL. The area sampling stands were placed on sampling stands at a height of 1.5 meters. The four calibrated high-volume air sampling pumps were placed outside the chamber and each pump was connected to an area air cassette by Tygon tubing passing through the wall of the ECL.

The two investigators performing the studies were each fitted with two calibrated personal GilAir air sampling pumps with the air-sampling cassettes attached to each shoulder and within their

FOR RELEASE DURING . . .

breathing zone. Background area samples were collected inside and outside the ECL before each study. The air samples were collected in general accordance with the NIOSH 7400 method entitled, "Asbestos and Other Fibers by PCM."[14] Two air sampling cassettes were opened for 30 seconds inside the ECL to serve as personal field blanks at the end of each study.

Surface morphology of new and used gasket material was examined using a Hitachi S-400 field emission scanning electron microscope (SEM). Photomicrographs were taken of the gasket surface to document the degree of gasket degradation and the relative amount of asbestos fibers present on the surface.

### Study 1—Scraping and Hand Wire Brushing of Small Flange Assemblies

Seven small flange assemblies were used in this study. The gaskets had outside diameters of approximately 69 mm and working widths of approximately 15 mm. Gaskets were removed from one flange on the first four valve assemblies and then from two flanges on each side of the remaining three valve assemblies for a total of ten gaskets. The flange assemblies were first opened and then the gaskets were scraped using a stiff, four-inch-wide putty knife. Any residual gasket material that could not be removed from the flange faces by scraping was removed by hand wire brushing. Some of the gaskets required repetitive scraping and wire brushing to remove the gasket and to polish the flange face. The used gaskets were removed sequentially from each of the 10 flanges.

One of the investigators in the ECL simulated the worker who did all of the gasket removal while the other worker in the ECL ... The helper changed the area and personal air sample cassettes periodically throughout the study. Each gasket was separated and retained for analysis to determine both asbestos content and fiber identification after removal. The individual ... ECL for ... All air sample cassettes in the ECL were exchanged every 15 to 30 minutes. A total of seven sets of air samples were collected.

### Study 2—Scraping and Hand Wire Brushing of Large Flange Assemblies

Four large flange assemblies were used for this study. The outside diameters of these gaskets varied from 125 mm to 200 mm and the gaskets were 19 mm to 25 mm wide. The gaskets were removed and collected from the four flanges as described in Study 1. The investigators were in the ECL for 113 minutes. All air sample cassettes in the ECL were exchanged every 15 to 30 minutes. A total of five sets of air samples were taken during this work practice simulation.

### Study 3—Power Wire Brushing of Large Flange Assembly

An electric wire brush (Skil electric drill 0.3 Hp with a Columbian 10.2 cm crimped wire wheel) was used during this study to remove gasket residue that could not be removed during the scraping and hand wire brushing of the first flange assembly

used in Study ... The Skilsaw ... brush was used to polish the flange face surfaces. This study was conducted one day after Study 2. The ECL was not decontaminated between the studies. Prior to ... after ... until the gasket residue was visibly restored. As previously described in Study 1, the two investigators were in the ECL performing the study.

One person did the removal work while the other assisted in the helper. The residual gasket material was not restrained since the bulk of the material was collected in Study 2. The investigators were in the ECL for 42 minutes. The air cassettes in the ECL were exchanged every 10 minutes. A total of two sets of air samples were taken during the electric wire brushing activity.

All air filters collected were analyzed by PCM in general accordance with the NIOSH 7400 method using the "A" counting rules. Additionally, all air samples were prepared for TEM analysis using an indirect preparation method.[15] The indirect TEM preparation method was chosen because filter overloading rendered the samples unsuitable for direct preparation despite frequent changing of the air sample cassettes. Also, the indirect TEM preparation method enabled data comparison to other published and unpublished studies previously performed that also used the indirect TEM method.[16–18] The TEM air samples were then analyzed by a modified EPA Level II protocol.[19] Cloth swatches from the work clothing worn by the investigators during the studies were analyzed by the recommended EPA method.[20] Surface dust samples were collected from the work table after each gasket removal study and analyzed according to the ASTM protocol.[21] Background samples from the clothing and the work table surface were also collected before each study was started. The removed gaskets were analyzed for asbestos type and content by the standard PLM method.[11]

## RESULTS

It was determined by PLM that the gaskets removed in these studies contained 65 percent to 85 percent chrysotile asbestos (Table I). Table II and Table III, respectively, illustrate the PCM and TEM results for Study 1. The worker in Study 1 had a peak exposure level of 10.1 fibers per cubic centimeter (f/cc) and an 8-hour TWA exposure of 1.5 f/cc. The area air samples were voided after the completion of Study 1 when it was determined that the air-sampling lines into the ECL were obstructed. The

### TABLE I
#### PLM analysis of removed gaskets

| Studies | Number of gaskets analyzed | Asbestos type | Concentration of asbestos in volume percent |
|---|---|---|---|
| Study 1 | 10 | Chrysotile | 65-80% |
| Study 2 | 4 | Chrysotile | 75-85% |
| Study 3 | 1 | Chrysotile | 85% |

58   R E LONG

**TABLE II**

Study I—Scraping and hand wire brushing; small flanges. PCM airborne exposure levels (fibers greater than 5 micrometers)

| Sample type | No. of air samples analyzed | Range (f/cc) | Sample time weighted average (f/cc) | 8-h TWA (f/cc) |
|---|---|---|---|---|
| Background | 4 | 0.0 | | |
| Worker | 14 | 1.5–10.1 | 0.0 | N/A |
| Assistant | 14 | 1.2–4.2 | 3.7 | 2.5 |
| Area samples[A] | 36 | | 2.4 | 1.6 |

Total air-sampling time is 194 minutes.
[A] The air-sampling time for the ECL were obtained, voiding the area air samples in this study.

results for Study 2 are shown in Tables IV and V. The worker in this study had a peak exposure level of 24.0 f/cc and an 8-hour TWA of 3.6 f/cc. Table VI and Table VII list results for Study 3. The peak exposure level found while power wire brushing was 11.0 f/cc and the calculated 8-hour TWA was 2.3 f/cc. The results for the surface dust samples taken from the weld cable and the fabric samples are shown in Table VIII. All PCM and TEM data in the tables are expressed for comparison purposes as fibers per cubic centimeter (f/cc) greater than 5.0 micrometers in length.

## DISCUSSION

The asbestos concentrations measured in these studies were higher on average than other previously published studies for similar applications.[1–7] It is believed that the air-borne concentrations in these studies reflect the actual levels to which the workers and assistants are exposed. Other published studies may underestimate the exposure levels due to the fact that the operations were performed under different conditions.[...] Only two types of activities were measured in these studies, scraping and wire brushing. The other twelve removal techniques required differing amounts of effort on the part of the worker. These techniques, grinding, scraping, reciprocating, and other commonly described manual gasket removal methods ... as tightly adhering to flange surfaces and requiring substantial work to remove the gasket material. Unfortunately, the various conditions and the amount of adhesion of the gaskets in the previously published studies were not reported.[1–7] The adhesion of gasket materials generally has been related to its length in service and the conditions of service such as temperature and pressure. This high temperature steam flange used in this study were from a steam powerhouse that operated for a number of years. The last steamfitter who maintained the steam system indicated that gasket replacement was rare due to infrequent plant downtime and few leaks. Gaskets that could be easily removed would not be expected to produce airborne levels comparable to what was found in these studies. None of the previous studies described the level of difficulty of removing the gaskets from the flange surfaces.

The air samples collected were analyzed by both PCM and TEM during the gasket removal activities in these studies. The two basic types of sample preparation for TEM air analysis are the direct and indirect methods.[20, NIST–19] Some scientists have suggested that the indirect sample preparation method, particularly the sonication step, causes large complex asbestos structures such as fiber bundles and clusters to break up and this fiber counts to higher concentrations.[14,20] However, analyses performed by the EPA, and others have shown that this criticism is not valid and that the indirect techniques is an acceptable method to analyze overloaded air samples.[16–29]

The overloading of other particulates on an air filter will obscure fibers that are collected. This condition can lead to the undercounting of asbestos fibers if a direct preparation method is used. Controlling the particulate loading on a filter can be difficult when the disturbance of materials generates large amounts of both fibrous and nonfibrous airborne particulates. The general approach to reduce or eliminate overloading conditions is to alter flow rates and sampling times. However, particulate loading can be controlled by using the indirect preparation method without compromising sampling times. The overloading problem can also affect the direct examination of air filter samples by PCM (NIOSH 7400 method). This was noted in Study L. The asbestos air concentrations measured by PCM in Study I decreased as the study progressed. This would not be consistent with the confirmed activities that took place inside the ECL during the study. This effect was due to particulate overloading on the filters. However, according to the TEM data from Study I, the asbestos fiber concentrations tended to increase as the work progressed. The sampling times for Studies 2 and 3 were reduced in an effort to minimize overloading on the PCM air samples.

**TABLE III**

Study I—Scraping and hand wire brushing; small flanges. TEM airborne exposure levels (asbestos fibers greater than 5 micrometers)

| Sample type | No. of air samples analyzed | Range (fibers/cc) |
|---|---|---|
| Background | 4 | 0.0 |
| Worker | 14 | 29.9–144.2 |
| Assistant | 14 | 2.2–29.5 |

Total air-sampling time is 194 minutes.

TABLE IV

Study 2—Scraping and hand wire brushing large flanges PCM airborne exposure levels (fibers greater than 5 microns)

| Sample type | No. of air samples analyzed | Range (f/cc) | Average (f/cc) | (f/cc) |
|---|---|---|---|---|
| Background | 4 | 0.0 | | |
| Worker | 10 | 9.3–24.0 | 0.0 | NA |
| Assistant | 10 | 5.2–15.7 | 15.3 | 3.6 |
| Area samples[a] | 24 | 2.1–3.4 | 8.8 | 2.0 |

Total air-sampling time = 113 minutes.
[a] TWA not calculated for area or "bystander" samples.

However, any further reduction in the sampling time would have had an impact on the work activities. Therefore, the air-sampling times were not decreased any further.

The current OSHA asbestos exposure standards are based on the NIOSH 7400 method. This method measures only fibers longer than 5 micrometers in length and greater than 0.25 micrometers in width. However, these fiber dimensions were not implemented by OSHA with regard to health issues. The minimum dimensions were implemented solely due to the fiber resolution limitations of the PCM technique.[20] OSHA has long recognized that PCM is not fiber-specific or able to resolve fibers that are less than 0.25 micrometers in width. TEM analysis performed in these studies augmented the PCM measurements by obtaining more complete and accurate measurements of the airborne asbestos concentrations.

A comparison of the air data collected from the PCM and TEM analysis showed fiber concentrations approximately 30 times greater in the TEM analysis. The differences in the TEM and PCM measurements have been recognized by other and are primarily due to the resolution limitations of the optical microscope.[21,22] The deficiencies of PCM measurements are especially acute when products such as sheet gasket materials that contain high percentages of chrysotile fibers are the source of the airborne fibers. It has been shown that free respirable chrysotile fibers are released when asbestos-containing products are shaded in some manner.[3]

Work by the EPA demonstrated that single chrysotile fibers have an average diameter of between 0.03 and 0.07 microns

meters.[23] This average diameter is approximately five times below the resolution of a phase contrast microscope. Therefore, single chrysotile fibers cannot be seen or counted using the PCM method, irrespective of their lengths. Because of the inherent error in PCM analysis, it was suggested by the director of the Health Effects Institute for Asbestos Research that OSHA should consider changing to TEM air sample analyses for occupational workplace compliance to adequately protect workers' health.[23]

An SEM examination of the sheet gaskets was performed to better understand the relationship between the physical activity of removal and the measured asbestos air levels found in this study. Generally, sheet gaskets are comprised of approximately 70 percent chrysotile asbestos bonded in a synthetic rubber matrix. The SEM micrograph (Figure 1) shows large bundles of asbestos protruding from the matrix of new sheet gasket material. Any minimal disturbance or abrasion of these bundles can release asbestos fibers into the air. Another problem with asbestos gaskets is that the synthetic rubber matrix begins to deteriorate after installation. In most cases installed sheet gaskets are subjected to high temperature and pressure that will increase the rate of thermal decomposition of the rubber matrix. This produces cross-linking of the polymer molecules. The cross-linking process increases the gasket material's friability by causing the rubber matrix to degrade and become brittle.[24]

A comparison of the surface of a new gasket (Figure 1) to that of a used gasket removed from one of the flanges in Study 2 (Figure 2) demonstrates how the rubber matrix material is degraded. This degradation provides more opportunity for the release of asbestos fibers during the removal process. The fiber concentrations measured in Study 2 were higher than those measured in Study 1 even though more gaskets were removed in the first study. Factors believed to lead to these results were as follows: (1) The total gasket surface area removed in Study 2 was much larger than in Study 1, (2) The gaskets in Study 2 were observed to be more friable and more deteriorated, and (3) All the gaskets in Study 2 were apart and required scraped or scratched to both of the flange faces when the flanges were opened.

An electric powered drill equipped with a wire brush was used to remove some residual gasket material from two flange faces in Study 1. The resulting exposures during the work activities

TABLE V

Scraping and hand brushing large flanges TEM airborne exposure levels (asbestos fibers greater than 5 microns)

| Sample type | No. of air samples analyzed | Range (fibers/cc) |
|---|---|---|
| Background | 4 | 0.0 |
| Worker | 14 | 199.6–842.7 |
| Assistant | 14 | 13.6–101.0 |
| Area samples | 24 | 3.3–108.8 |

Total air-sampling time = 113 minutes.

F. Lige--

#### TABLE VI
Study 3—Power wire brushing, PCM airborne exposure levels
(fibers greater than 5 micrometers)

| Sample type | No. of air samples analyzed | Range (f/cc) | average (f/cc) | (f/cc) |
|---|---|---|---|---|
| Background | 4 | 0.06–0.12 | 0.11 | N/A |
| Worker | 7 | 14.9–31.0 | 21.5 | ~7.3 |
| Assistant | 8 | 12.3–21.2 | 15.9 | ~2.0 |
| Area samples[a] | 16 | 7.6–15.7 | — | — |

Total air-sampling time is 42 minutes.
[a] TWA not calculated for area or "bystander" samples.

were higher even though the residual gasket material was far less than the gasket materials removed in Study 1 and Study 2. It was observed in Study 3 that the mechanical motion generated from the power wire brush tore loose more asbestos fibers and propelled them greater distances into the air. This observation supported the higher asbestos air concentrations of the area samples measured in Study 3 compared to those measured in Study 2. The results from the surface dust and fabric samples (Table VIII) showed that the surface asbestos levels measured can be classified as "highly contaminated" and pose additional exposure problems to the workers throughout the workday. Additional asbestos exposure can occur to both the worker and other family members if the clothes are worn away from the job or taken home.[20]

## CONCLUSIONS AND RECOMMENDATIONS

These studies, as well as the other studies previously referenced, demonstrate that there can be wide variability in airborne asbestos fiber levels generated during the removal of asbestos-containing gasket from flanges. The variability of fiber levels released is most likely dependent on the condition of the gasket gasket, the size of the gasket surface area and the method of removal. The condition in which a gasket is subjected determining the degree of adhesion of the gasket to the flange surface and the friability of the gasket. This impacts the amount of energy required to remove the gasket and release asbestos fibers. The determining factors that seem to affect the condition of the gasket

and length of service, temperature and pressure conditions, and composition of the gasket matrix.

Our data show that dry removal methods typically used by machinists and pipefitters (past and present) result in significant airborne asbestos fiber exposures. For nonprotective asbestos exposure assessments, the exposures measured by PCM in Studies 1, 2, and 3 exceed all historical OSHA extension limits and some previous permissible exposure limits (PEL) based on an eight-hour TWA. The exposures also far exceed current OSHA limits. Therefore, former machinists and pipefitters that performed these type of work as part of their job activities would have had significant airborne asbestos exposures when removing tightly adhered gaskets on flange surfaces.

Under normal lighting, airborne dust is invisible even though the asbestos levels measured are above OSHA exposure limits. Therefore, an individual removing asbestos-containing gasket will be unaware of any airborne exposure problems under normal working conditions. High-intensity lighting (Tyndall effect) was used by the investigators in these studies to observe the communications for workers performing normal work activities. The Tyndall Effect demonstrated fiber releases and visualizes the pathways of exposure to the individuals removing the gasket. Tyndall lighting is an alternative technique that industrial hygienists can use to check potential airborne dust exposures in the workplace. The Tyndall lighting technique can visually demonstrate to workers and employers if there is a need for air sampling, additional ventilation, respiratory protection, and/or special work practices.

There are still significant number of asbestos gaskets currently being used in the United States. OSHA classifies the

#### TABLE VII
Study 3—Power wire brushing, TEM airborne exposure levels (asbestos fibers greater than 5 micrometers)

| Sample type | No. of air samples analyzed | Range-fibers/cc |
|---|---|---|
| Background | 4 | 0.0–0.2 |
| Worker | 7 | 877.1–1636.1 |
| Assistant | 8 | 60.4–364.4 |
| Area samples | 16 | 56.9–801.9 |

Total air-sampling time is 42 minutes.

#### TABLE VIII
TEM fabric and surface dust contamination levels

| Studies | Fabric-fibers/cm² | Surface dust-fibers/cm² |
|---|---|---|
| Study 1 | 981 thousand | 8.5 million |
| Study 2 | 3.2 million | 27.4 million |
| Study 3 | 19.3 million | 57.4 million |

All background control samples and field blanks analyzed were below the analytical detection limit.

FIBER RELEASE DURING ...



**FIGURE 1**

Scanning electron micrograph of the surface of a new asbestos-containing gasket. Both the chrysotile fibers and polymer matrix are visible. Magnification 1000x.

**FIGURE 2**

Scanning electron micrograph of the surface of a used asbestos-containing gasket. The majority of the material present is only chrysotile asbestos. Magnification 1000x.

removal of asbestos-containing gaskets as Class II work of short duration.[10] This specification by OSHA only addresses a single gasket removal project. However, interviews with plumbers and machines indicate that only removing one gasket at a time was a typical occurrence. Unfortunately, OSHA regulations, the removal of asbestos-containing gaskets requires the use of a glove bag and wetting methods to control the release of asbestos fibers into the workplace. Unfortunately, the glove bag and wetting methods are not always practical in an actual workplace due to production and maintenance schedule pressures and the difficulty in wetting a rubber based gasket.

The results of these studies indicate that employees need to determine if asbestos-containing gaskets are present in their equipment. The employer must immediately comply with OSHA's Class II provisions by implementing a safe operating procedure that includes employee training, assessment/monitoring, containment, and good work practices. The following actions are recommended if asbestos-containing gaskets are removed without a glove bag and wetting: (1) A negative pressure enclosure should be used, (2) The enclosure should have a HEPA filtering/air blower system, (3) A HEPA vacuum cleaner and wetting agents should be used, and (4) The worker should wear

a respirator appropriate for the airborne asbestos concentrations generated by the activities.

The data presented here demonstrates that the work surfaces in these studies as well as the clothing worn by the investigators were highly contaminated with asbestos fibers. As asbestos-contaminated workplaces can lead to additional asbestos exposures. The disturbance of the dust around the work area by other work activities and housekeeping activities will re-entrain asbestos fibers into the air.[10] The wearing, changing, and washing of the contaminated clothing can also lead to asbestos exposures for both a worker and family members.

REFERENCES

1. Bowie, W.L.: Hows and Whys of Packing of Gaskets, Paper Trade Journal, Oct. (1945).
2. Garlock Industrial Products Catalog, (1967).
3. Klinger Compressed Gasket Materials Catalog, (1971).
4. Crane Packing Company, Catalog 60-4-1, (1954).
5. Environmental Protection Agency (EPA): 40 CFR Part 763, Asbestos Manufacture, Importation, Processing and Distribution in Commerce Prohibition; Final Rule, Title 42, Code of Federal Regulations, Part 763, Fed. Reg. 54(132), July (1989).

W E LONGO

6. Fowler, D.P.: Exposure to Airborne Asbestos from Brake-lining Gasket Material. Appl Occup Environ Hyg 15(5):404–408 (2000).

7. Cheng, R.T.; McDermott, H.L.: Exposure to Asbestos from Asbestos Gaskets. Appl Occup Environ Hyg 6(7):588–591 (1991).

8. McKinney, W.N.; Moore, R.W.: Evaluation of Airborne Asbestos Fiber Levels During Removal and Installation of Valve Gaskets and Packing. Amer Indus Hyg Assoc J 53(1):531–532 (1992).

9. Millette, J.R.; Mount, M.D.; Says S.M.: Releasability of Asbestos Fibers from Asbestos Containing Gaskets. Environ Choices—Tech Supp 2:10–15 (1993).

10. Spence, S.K.; Rocchi, P.S.J.: Exposure to Airborne Fibers During Gasket Removal. Ann Occup Hyg 40(3):515–522 (1996).

11. Environmental Protection Agency (EPA): Method for the Determination of Asbestos in Bulk Building Materials. EPA/600/R93-116. EPA, Washington, DC (1993).

12. Chatfield, E.J.: Dust Control Development in Asbestos. S. Chissick, R. Derricott, Eds. vol. 2, Properties, Applications and Hazards, pp. 161–216, John Wiley & Sons, New York (1983).

13. Selikoff, I.J.: Landslow Hygiene Progress Report 3(4): Winter (1971).

14. National Institute for Occupational Safety and Health (NIOSH): Asbestos and Other Fibers by PCM—Method 7400. NIOSH Manual of Analytical Methods 4th ed., DHHS (NIOSH) Publ. No. 94-113, NIOSH, Cincinnati, OH (1994).

15. American Society for Testing Materials (ASTM): Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentration. D5755-95, ASTM, (1995).

16. Kauffer, D.L.; Chelton, I.; Blaga, W.M.; et al.: Exposure to Asbestos Associated with Simulated Cable Installation Above a Suspended Ceiling. Amer Indus Hyg Assoc J 58(1):464–471 (1990).

17. Kauffer, D.L.; Blaga, W.M.; Chelton, ...

18. Crump, K.W.; Farrand, J.; Jacobson, ...

19. Environmental Protection Agency (EPA): Method for the Measurement of Airborne Asbestos by Electron Microscopy. EPA Draft Report, Contract No. 68-02-3266, EPA, Washington, DC (1984).

20. Chatfield, E.J.: Analytical Protocol for Determination of Asbestos Concentration of Clothing and Other Fabrics. Microscope 38:221–222 (1990).

21. Environmental Protection Agency (EPA): Asbestos-Containing Materials in Schools Interim Transmission Electron Microscopy Method, Title 40, Code of Federal Regulations, Part 763, Subpart E, Appendix A (1987).

22. Environmental Protection Agency (EPA): Electron Microscopic Measurement of Airborne Concentration, EPA-600/2-77-178, EPA, Washington, DC (1978).

23. ...: International Organization for Standardization (ISO): Ambient Air, Determination of Asbestos Fibers, Indirect-Transfer Transmission Electron Microscopy Method, ISO 13794, ISO (1999).

24. Lehh, W.; Luxin, L.: Inorganic Fibers Level Monitoring by Indirect ... TEM ... Comparison of Direct and Indirect ... Transfer Methods. Ann Occup Hyg 43(1):39–44 (1996).

25. Lee, R.J.; Dagenhart, T.V.; Dunmyre, G.R.; et al.: Effect of Indirect Sample Preparation Procedures on the Apparent Concentration of Asbestos in Sealed Dusts. Environ Sci Technol 29(7):1728–1735 (1994).

26. Environmental Protection Agency (EPA): Comparison of Airborne Asbestos Levels Determined by Transmission Electron Microscopy (TEM) Using Direct and Indirect Transfer Techniques. EPA 560/5-89-004. EPA, Washington, DC (1990).

27. Crankshaw, O.S.; Perkins, R.L.; Beard, M.E.: Quantitative Evaluation of the Relative Effectiveness of Various Methods for the Analysis of Asbestos in Sealed Dust. Environ Choices—Tech Supp 4:6–12 (1995).

28. Harfield, R.L.; Krantz, J.A.; Longo, W.E.: A Study of the Reproducibility of the Micro-Vac Technique as a Tool for the Assessment of Surface Contamination in Buildings with Asbestos-Containing Materials. In: Advances in Environmental Measurement Methods for Asbestos, M.E. Beard, H.L. Rook, Eds. pp. 301–312, American Society for Testing Materials (2000).

29. Occupational Safety and Health Administration (OSHA): Occupational Exposure to Asbestos, Tremolite, Anthophyllite, and Actinolite Final Rule, Federal Register 51:618 p. 22,061 (1986).

30. Snyder, J.G.; Virta, R.L.; Segreti, J.M.: Evaluation of the Point Counting Method for the Detection of Fibers and Other Elongated Mineral Particles by Comparison with a STEM Technique, Amer Indus Hyg Assoc J 48(5):471–477 (1987).

31. Maxwell, A.; Marshall, R.; Paoletti, L.; A Comparison of Light Microscopy and Transmission Electron Microscopy Results in the Evaluation of the Occupational Exposure to Airborne Chrysotile Fibers. Ann Occup Hyg 21(3):521–531 (1984).

32. Environmental Protection Agency (EPA): Environmental Release of Asbestos from Commercial Product Shaping. EPA 160/2-82-5014, Cincinnati, OH (1985).

33. Communication between Mr. Archibald Cox, Chairman, Board of Directors for the Health Effects Institute Asbestos Research and Mr. David Zeigler, Acting Assistant Secretary for the Occupational Safety and Health Administration, August (1993).

34. Sommer, J.G.: Rubber Molding Methods, In: Handbook of Polymer Science and Technology, N.P. Cheremisinoff, Ed. vol. 3, Applications and Processing Operations, pp. 311–312, Marcel Dekker, New York (1989).

35. Millette, J.R.; Hays, S.M.: Sealed Asbestos Dust Sampling and Analysis, Lewis Publishers, CRC Press, Boca Raton, FL (1994).

36. Occupational Safety and Health Administration (OSHA): Asbestos, Construction Standard, Title 29, Code of Federal Regulations, Part 1926. 1101. General Industry Standard, Title 29, Code of Federal Regulations, Part 1910.1001 (1995).

# Gasket Removal
## Scraping, Hand Wire Brushing and Electric Wire Brushing
## Work Practice Study IV

Richard Hatfield, William Longo, Ph.D., Larry R. Newton, CIH/CSP, and William Ewing, CIH

### Study Design and Methodology

The study was performed in the exposure characterization lab (ECL). The size of the ECL is approximately 20 ft x 15 ft x 8 ft and the walls and ceiling are constructed of a painted plastic laminate. The ECL is constructed with two viewing windows for video taping purposes and has a ventilation rate of approximately 200 cubic feet per minute with two primary inlet sources and a negative air machine that produces a constant airflow during the study. Before the study, the ECL was decontaminated by standard asbestos abatement methods including HEPA vacuuming of all dust and debris, wet wiping of all surfaces in the ECL. Additionally, all inside surfaces were repainted after the decontamination procedure.

During video taping of the work practice study, three high intensity light sources (Altman, 750 Watt Model #360Q) were utilized inside the ECL to increase the possible observations of dust release during the work practice. Previous studies have shown that the use of, what is commonly referred to as the "Tyndall light phenomena", is an effective method of displaying respirable airborne dust generated from workplace activities.[1,2,3,4] To minimize light reflection, the walls, floor and ceiling inside the ECL are painted black.

MAS received a number of flanges and valves from Dr. Robert Gay. Dr. Gay had harvested these flanges and valves from a wood products mill powerhouse located in Oregon. The outside surface of the flanges were cleaned and sand blasted with glass shot, cleaned with compressed air, and then painted gray. The cleaning and repainting measures were performed to eliminate any contribution of asbestos from previous thermal insulation, which may have been present. The flanges were not opened prior to the study. Five flange assemblies were slated for use in this study.

During the study, air samples were collected using 25 mm cassettes containing 0.8-micron pore size mixed cellulose ester (MCE) filter on a 5.0 micron backing pad. The air sampling pumps were calibrated utilizing a DryCal® primary standard before and

[1] Surgeon Commander P.G. Harris, "The Effects and Control of Diseases Associated with Exposure in Devonport Dockyard," Doctoral Dissertation.
[2] C. Damerl & K.S. Lane, "Asbestos Technology Report," Union Carbide Corporation.
[3] D.T. Chambers "Dust Control Development" (S. Chissick & R. Derreck), in Asbestos, Volume 2, Properties, Applications and Hazards, John Wiley & Sons 6, 193, 1983.
[4] L.J. Selikoff, "Insulation Hygiene Progress Report," Volume 3, No. 4, Winter, 1971
[5] Environmental Protection Agency SOP EPA-Libby-02, March 2001.

after the sample collection. High volume pumps (Dawson 110V) were used for background and area air samples during the simulation. The pumps were located outside the ECL and connected to the air sample cassettes by Tygon® tubing through the walls of the ECL. For the background air samples, five samples were collected for 190 minutes. Four samples were located in each quadrant of the ECL and a fifth background sample (A-0-E) was located in the approximate center of the ECL. In addition to the five background air samples, one additional background sample was collected for a particle size analysis. This sample was located between air samples A and D. During the work activity, four area air samples were located in each quadrant of the work site. The area air sampling cassettes were placed approximately five feet from the floor and 6 to 8 feet from the work activity. A fifth area sample was placed between area samples A and D. This sample was labeled sample E and was run for an extended period of time to collect particulates for a size distribution analysis. The high volume pumps were calibrated to a flow rate of approximately 10 liters per minute for the background samples and approximately 1.5 liters per minute for the area samples collected during the study. The two workers performing the work practice were each fitted with two personnel air sampling pumps (GilAir) with connecting tubing to 25 mm MCE air sampling cassettes. The air sampling cassettes were attached to each shoulder and within the breathing zone of each investigator. The personnel air sampling pumps were calibrated to a flow rate of 0.5 liters per minute for the air cassettes and a third pump calibrated at 2.75 liters per minute for the midget impingers. Before working on the flanges five background samples were run inside the ECL. The air samples were collected in the general accordance of the NIOSH Method 7400 for measuring airborne asbestos fibers. Periodically during the study, two air cassettes were opened in the ECL for approximately 30 seconds then closed. These samples were analyzed as field blanks.

During the study, the investigators performed 30 minutes of work, then both area and personnel air cassettes were changed out for new air cassettes. During the electric wire brushing phase of the study, the air cassettes were exchanged every 15 minutes. The air sampling schedule is shown in Appendix A.

The individuals working inside the ECL wore Tyvek® suits under 100% cotton work clothes, and were equipped with supplied air, full-face pressure demand respirators equipped with an escape HEPA filter system. The ECL design included a decontamination area for clothing removal and a shower to remove residual asbestos contamination before the individuals left the ECL area.

### Scraping and Hand Electric Wire Brushing

Dean Holcomb, a pipe fitter with 30 years of experience, was retained to perform the actual gasket removal procedure in these studies. Mr. Holcomb stated that during his career, he has removed numerous flat sheet gaskets from high temperature and pressure steam lines. Mr. Holcomb was instructed to use the same tools and

procedures to remove the gaskets from the flanges in this study, as he would he would in the field at a typical work site. To acquire the tools needed for the study, Mr. Holcomb was taken to Lowes where MAS purchased on his behalf, a stiff putty knife, a hand wire brush and an electric side grinder (Makita Model #9523NBH, 120V, 5 amp, 11,000 RPM) with a wire brush attachment. Additionally, as per Mr. Holcomb's instructions, an air driven impact wrench was set up in the ECL to aid in the removal of the nuts and bolts for the disassembly of the flanges.

Five flange assemblies, which contained typical sheet gaskets, were used for this study. This study was conducted in two phases. The first phase was conducted in the morning for approximately 1.5 hours. Mr. Holcomb had indicated that if gaskets stuck tightly to the flange faces and scraping and hand wire brushing would not readily remove the gasket materials he would stop scraping and hand wire brushing and use an electric grinder equipped with a wire wheel. Therefore in the morning, Mr. Holcomb open the flanges, pulled the gasket material by hand, then scraped with a stiff putty knife and hand wire brush the gasket materials on the flange face. He then stopped the work on the flange because as he stated, "that when he was in the field and gaskets would adhere this tightly to the flange surface, he would then get an electric grinder with a wire brush attachment to finish the project". Therefore, the incomplete flanges were then set a side for the second phase of this study where an electric wire brush would be used to remove the remaining gasket material from the flange. All five flanges were open and worked on in this manner before the second phase of the study was completed. The second phase took place in the afternoon for approximately 1.25 hours. During this phase, Mr. Holcomb ground the tightly adhered gasket material off of the flanges faces with the electric wire brush.

<u>Analytical Methods</u>

All air sample cassette filters were analyzed by the Wisconsin Occupational Health Laboratory located in Madison Wisconsin by the NIOSH Method 7400 PCM method using the direct preparation method and the A counting rules. The air cassettes were hand delivered to the lab on May 16, 2001. The air cassettes samples were hand returned to MAS and a portion of the filter material from the air samples were prepared to be analyzed by TEM using the washout redeposit indirect method. The fabric samples were prepared by the recommended EPA method to determine the level of asbestos contamination of the clothing worn by the investigators. The midget impinger samples were analyzed by the ACGIH method. Micromeritics, located in Norcross, Georgia, analyzed the particle distribution samples. Samples of the gaskets were collected from the five flanges that were removed during the study and were analyzed by PLM to determine the asbestos content.

## Results

During the first phase of the work practice, the pipe fitter was exposed to levels of airborne asbestos fibers between 2.3 to 4.4 fibers per cc as measured by PCM and 8 MPPCF as measured by the midget impinger method. The helper/assistant's exposure level for the first phase had a for the range from 1.2 to 2.0 fibers/cc as measured by PCM and 4.9 MPPCF as measured by the midget impingers.

During the second phase of the study when the pipe fitter was using the electric wire brush he was exposed to levels of airborne asbestos fibers between 4.0 and 24.4 fibers per cc as measured by PCM and 25.6 MPPCF as measured by the midget impinger method. The helper/assistant's exposure level during the second phase of the study ranged from 3.7 to 23.4 fibers per cc as measured by PCM and 22.8 MPPCF as measured by the midget impinger method.

The PLM analysis showed that four of the gaskets tested contained approximately 80% chrysotile asbestos and the one was not an asbestos-containing gasket. The non-asbestos gasket was located in the second flange assembly that was opened.

The particle size analysis samples collected during the study were used to determine the size distribution of particles that were observed in the Tyndall lighting. The data shows that for both samples, more than 99% of the particles were less than 10µm in diameter.

For a control, flange #4 from this study was wire brushed on the bare metal surface after the gasket was completely removed. This study was done to determine if any, what percentage of metal particles would the metal brush and the flange face contribute to respirable particles seen in the Tyndall lighting. The flange surface was brushed for approximately 10 minutes while midget impinger air samples were collected.

The results show that when hand wire brushing a bare metal flange, 0.37 MPPCF (particles measured during activity – background) were added to the environment of the ECL. When the pipe fitter was performing the actual gasket removal procedure using the hand wire brushing method, there was a midget impinger reading of 7.68 MPPCF (particles measure during activity – background) in the ECL. Therefore, it can be concluded that at the most, the contribution of metal particles to the Tyndall dust cloud was less than 5%. When the bare metal flange was electric wire brushed, 0.21 MPPCF (particles measured during activity background) were added to the environment in the ECL.



<u>Conclusion</u>

MAS conducted a study to determine exposures to asbestos fibers generated by scraping and electric wire brushing of asbestos containing gasket material from flanges when performed by a journeyman pipe fitter. Of the five flanges used in this study, only one gasket could be thought of as easily removed and this gasket was the non-asbestos containing gasket in the second flange assembly. According to Mr. Holcomb, he stated that only 10% to 20% of gaskets in steam lines are easily removed in this manner. The other four gaskets tore and stuck to the flange faces when the flange opened. The scraping and hand wire brushing efforts were not sufficient to remove all of the gasket materials. Therefore, the pipe fitter had to use the electric powered wire brush to remove the remaining gasket materials and buff the flange faces to complete the project.

Employees should wear the highest level of respiratory protection (e.g., supplied air, full-face pressure demand respirator equipped with an escape HEPA filter system) during removal of asbestos containing gaskets from flanges using scraping, hand wire brushing or electric wire brushing. In addition, an employee standing near the work activity will also be exposed to significant levels of asbestos fibers. This employee will require the same level of respiratory protection. The removal of asbestos gaskets utilizing these methods should only take place in an enclosed and controlled work area.

In Table 1 and 2, the pipe fitter, who did the dry scraping and wire brushing of gasket material from the five flange assemblies, exceeded OSHA's current asbestos excursion limit of 1 fiber/cc throughout the study. In addition, the pipe fitter's overall average exposure exceeded OSHA's asbestos Permissible Exposure Limit (PEL) of 0.1 fiber/cc (8-hour TWA) by 31 times or 3.1 fibers/cc.

Tables 3 and 4 show that the assistant/helpers asbestos exposure also exceed current OSHA limits even though the individual may not be directly involved in the gasket removal. The assistant worker, in this study, usually stood behind or next to the pipe fitter performing the gasket removal. However, his asbestos exposure exceeded OSHA's current excursion limit during all removal tasks. In addition, the employee exceeded OSHA's PEL limit of 0.1 fibers/cc (8-hour TWA) by nearly 27 times.

Also, the indirect TEM air analysis data collected in this study was done for internal research purposes and was not used to compare to any occupational exposure (OSHA) standards. The direct PCM analysis was performed for comparison to the current and historical OSHA occupational exposure standards.



# GASKET REMOVAL STUDY IV

**Work Practice Simulation**
**May 14, 2001**

<u>Protocol</u>

Richard Hatfield, William E. Longo, Ph.D., Larry Newton, CIH/CSP, and Bill Ewing, CIH

I.   <u>ECL SET-UP</u>

   A.   Study is to be performed in the exposure characterization lab (ECL) constructed using negative airflow asbestos abatement technology. The size of the ECL is approximately 15' x 20' x 8'.

   B.   Air exchange inside the ECL will be approximately 200 cubic feet per minute as measured (Extech Model 451126) at the air exhaust of the HEPA filter negative air machine (Aramsco, Comanche Model #55011).

   C.   Tyndall lighting setup in general accordance with the methods described in D.T. Chambers, "Asbestos", John Wiley & Sons, 6, 193, 1983 and the Environmental Protection Agency SOP, EPA-Libby-02, Revision #1, March 2001. The lighting source consisted of three high intensity lights (750 watts, ellipsoid pyrex glass lens, 219K candle power 8 degree beam angle) located on each side of the work table at a height of approximately 5.5 feet from the floor and 7 feet from the work activity.

   D.   Three video cameras (Sony Handcam, Model TRV99) will be used in this study.

II.   <u>BACKGROUND AIR SAMPLES</u>

   A.   Adjust and calibrate high volume area pumps to 10.0 liters per minute.

   B.   Setup five area air samples inside the ECL. Use 25 mm air cassettes containing 0.8 micron pore size mixed cellulose ester (MCE) filters with a 5.0 micron backing pad.

   C.   Locate the area air samples in each quadrant of the ECL at a height of 55" from the floor and a distance of approximately 6 feet from the work activity. One additional sample will be placed near the center of the ECL.



## III.   WORK PRACTICE STUDY

Five flange assemblies will be utilized in this study.   The pipe fitter will disassemble the flange and then remove the "old" gasket by using a metal putty knife and hand wire brushing to remove the gasket residue if required.   This procedure will be repeated for the remaining four flange assemblies if time permits.   If the gaskets on the flanges cannot be completely removed by this procedure, an electric side grinder will be employed.   Also, an observer/assistant will be inside the ECL with the worker to assist in this process and to change air sample cassettes.

A.   During this study, the four area samples located in each quadrant will be calibrated and run at a rate of 1.5 liters/minute.   The fifth area sampler will be located between samples A and D.

B.   The pipe fitter and observer/assistant will each be fitted with two personnel air pumps and air cassettes located in their breathing zone and calibrated at a flow rate of 0.5 liters/minute.

C.   Both the pipe fitter and the observer/assistant will wear appropriate protective clothing, work apparel and appropriate respiratory protection equipment.

D.   The work practice will be performed under both ambient and Tyndall lighting.

E.   The entire procedure will be videotaped with three separate cameras.   During filming, the Tyndall lighting will be turned off and overhead lights turned on at least once during the simulation.

F.   Air samples for both the area and personnel will be exchanged every 15 to 30 minutes depending on the amount of visible dust that is present.   No activity samples will be run between 30 and 60 minutes.

G.   For the midget impinger samples, the personnel pump will be calibrated at a flow rate of 2.75 liters per minute.

H.   The fifth area sample will be processed to determine the size distribution of the airborne particles generated during the study.

IV.   LABORATORY ANALYSIS

A. All air cassette samples will be analyzed by the NIOSH 7400 PCM method using A counting rules and by TEM analysis except for the fifth area sample that will be analyzed for particulate sizes.

B. For the TEM analysis, all air samples will be prepared by the indirect washout method.

C. If possible, the "old" gasket material from each flange will be collected and analyzed by PLM for asbestos content.

D. Fabric samples will be analyzed by the recommended EPA method.

E. The midget impinger samples will be analyzed by the ACGIH method.

MATERIALS ANALYTICAL SERVICES, INC.



## Work Practice Simulation Protocol

I)   Chamber Setup

    A)   The walls, ceiling, and floor are painted black to diminish light reflection.
    B)   Arranged lighting for Tyndall effect in general accordance with the method described in by D.T. Chambers, "Asbestos", John Wiley & Sons, 6, 193, 1979.

II)  Background Air Samples

    A)   Adjust and calibrate high volume area pump to appropriate flow rate.
    B)   Set up two or more air samples inside the chamber and one outside air sample in general accordance with the procedure outlined in the NIOSH 7400 method.[3]

III) Work Practice Study[2]

    A)   Review the appropriate information on work practices simulation.
    B)   Acquire all necessary tools and materials required for work practice simulation.
    C)   Calibrate personnel and high volume sampling pumps appropriate to flow rates.
    D)   Set ventilation to 200 cubic feet per minute as measured with the Extech Flow Anemometer.
    E)   Set up two or more inside air samples and one outside air sample in general accordance with the procedure outlined in the NIOSH 7400 Method.[1]
    F)   Participants in the study are to wear protective clothing, work apparel, and respiratory protection equipment.
    G)   Set up the personnel air samples in general accordance with the procedure outlined in the NIOSH 7400 method.[1]
    H)   Determine the appropriate time for the length of study.
    I)   Work practice study performed as determined in Section III, A&B.

---

[1] If midget impinger air sampling is to be done, set up the samples in general accordance with the ACGIH method.
[2] Parts of the procedure may be done in advance of chamber set up.

J) If appropriate, film the work practice study from start to finish in two directions. During filming, turn off Tyndall lighting and turn the overhead lights on at least on one occasion.

IV. ANALYSIS

A) Analyze air samples by NIOSH 7400 PCM methods with A counting rules.[3]

B) Analyze air samples by the TEM indirect method.

C) Analyze the cloth/fabric samples by the recommended EPA method.

D) Analyze dust samples by the ASTM D-5755-95 method.

V. RESULTS

A) Air: Report PCM results as fibers/cc, report TEM results all sizes (structures/cc) and greater than or equal to 5 microns in fibers/cc.

B) Fabric: Report TEM results as number of asbestos structures per cm$^2$ and per square foot of cloth sample.

C) Dust: Report TEM results as number of asbestos structures per cm$^2$ and per square foot of surface area sampled.

VL. OPTIONAL ANALYSIS

A) Midget impinger samples analyzed by the ACGIH method.

B) Dust samples analyzed by the ASTM D-5755-95.

---

[3] If the air samples are too overloaded for PCM analysis, use the indirect washout method.

TABLE 1

Gasket Removal Study IV
Scraping, Hand Wire Brushing and Electric Wire Brushing
Personal Exposure

| Sample ID | Time On/Off Total Time (minutes) | Prefilter (Sampler - Right Shoulder) Asbestos Exposure by PCM (fibers/cc) | Exposure 8-hr TWA (fibers/cc) | Exposure Weighted Average by PCM (fibers/cc) |
|---|---|---|---|---|
| P-1-A | 1000/1030 (30 minutes) | 4.4 | | |
| P-2-A | 1040/1116 (30 minutes) | 2.3 | | |
| P-3-A | 1126/1155 (30 minutes) | 3.1 | | |
| P-5-A | 1426/1456 (30 minutes) | 4.0 | | |
| P-6-A | 1506/1520 (15 minutes) | 13.4 | | |
| P-7-A | 1527/1542 (15 minutes) | 6.0 | | |
| P-8-A | 1547/1602 (15 minutes) | 10.2 | | |
| | | Weighted Average = 6.9 fibers/cc | | |

*Phase Contrast Microscopy
NIOSH 7400 "A Counting"

NOTE: Exposure for 8 hour TWA is based on 203 working minutes out 400 (0 hours) and assumes no asbestos exposure for the balance of the work day.

$$WEIGHTED\ AVERAGE = \frac{[(P_1 \times T_1) + (P_2 \times T_2) + (P_3 \times T_3) + (P_5 \times T_5) + (P_6 \times T_6) + (P_7 \times T_7) + (P_8 \times T_8)]}{T_1 + T_2 + T_3 + T_5 + T_6 + T_7 + T_8}$$

$P_1, P_2, P_3, P_5, P_6, P_7, P_8$ is the concentration of asbestos fibers per cubic centimeters of air sampled. Fiber determined by PCM
$T_1, T_2, T_3, T_5, T_6, T_7, T_8$ is the sample time the personal pump was on in minutes.

8 HOUR TWA = WEIGHTED AVERAGE x (T1+T2+T3+T5+T6+T7+T8) (time in minutes) to change out sample cassettes
     while remaining in the exposure)] / 400 minutes

WORK MINUTES = (T1+T2+T3+T5+T6+T7+T8) (Time (minutes) to change out sample cassettes) = 30 + 30+ 30+ 15+ 15+ 15+15 = 203 minutes

TABLE 2

Gasket Removal Study IV
Scraping, Hand Wire Brushing and Electric Wire Brushing
Personal Exposure

Pipefitter
(Sampler - Left Shoulder)

| Sample ID | Time-On/Off Total Volume (minutes) | Asbestos Exposure-PCM (fibers/cc) | 8 hour TWA (f/cc) Exposure |
|---|---|---|---|
| P-1-B | 1000/1030 (30 minutes) | 2.4 | |
| P-2-B | 1040/1110 (30 minutes) | 2.9 | |
| P-3-B | 1125/1155 (30 minutes) | 2.0 | |
| P-5-B | 1428/1458 (30 minutes) | 7.2 | |
| P-6-B | 1505/1520 (15 minutes) | 21.0 | |
| P-7-B | 1527/1542 (15 minutes) | 24.4 | |
| P-8-B | 1547/1602 (15 minutes) | 16.5 | |
| Phase Contrast Microscopy NIOSH 7400 "A Counting" | | Weighted Average = 6.3 fibers/cc | |

NOTE: Exposure for 8 hour TWA is based on 203 working minutes out 480 (8 hours) and assumes no asbestos exposure for the balance of the work day.

WEIGHTED AVERAGE = $\frac{(P1 \times T1) + (P2 \times T2) + (P3 \times T3) + (P5 \times T5) + (P6 \times T6) + (P8 \times T8) + (P7 \times T7) + (P8 \times T8)}{T1 + T2 + T3 + T5 + T6 + T7 + T8}$

P1, P2, P3, P5, P6, P7, P8 is the concentration of asbestos fibers per cubic centimeters of air sampled.  Fiber determined by PCM
T1, T2, T3, T5, T6, T7, T8 is the sample time the personal pump was on in minutes.

8 HOUR TWA = WEIGHTED AVERAGE × (T1+T2+T3+T5+T6+T7+T8 = [Total (time in minutes) to change out sample cassettes)] / 480 minutes while remaining in the exposure)) / 480 minutes

WORK MINUTES = (T1+T2+T3+T5+T6+T7+T8 (Time (minutes) to change out sample cassettes)) = 30 + 30 + 30 + 15 + 15 + 30 = 203 minutes

TABLE 3
Gasket Removal Study IV
Scraping, Hand Wire Brushing and Electric Wire Brushing
Personal Exposure

Assistant
(Sampler - Right Shoulder)

| Sample ID | Time On/Off Total Min. | Asbestos Exposure PCM f/cc [a] | Exposure by TEM | Exposure by PCME TEM |
|---|---|---|---|---|
| P-1-C | 1000/1030 (30 minutes) | 1.6 | | |
| P-2-C | 1046/1116 (30 minutes) | 1.9 | | |
| P-3-C | 1125/1155 (30 minutes) | 2.0 | | |
| P-5-C | 1426/1456 (30 minutes) | 4.7 | | |
| P-6-C | 1505/1520 (15 minutes) | 17.0 | | |
| P-7-C | 1527/1542 (15 minutes) | 23.4 | | |
| P-8-C | 1547/1602 (15 minutes) | 10.3 | | |
| 8 Hour Weighted Average | | | | |

[a] Phase Contrast Microscopy
NIOSH 7400 "A" Counting Rules

NOTE: Exposure for 8 hour TWA is based on 203 working minutes out 480 (8 hours) and assumes no asbestos exposure for the balance of the day.

WEIGHTED AVERAGE = $\frac{(P1 \times T1) + (P2 \times T2) + (P3 \times T3) + (P5 \times T5) + (P6 \times T6) + (P7 \times T7) + (P8 \times T8)}{T1 + T2 + T3 + T5 + T6 + T7 + T8}$

P1, P2, P3, P5, P6, P7, P8 is the concentration of asbestos fibers per cubic centimeter of air sampled. Fiber determined by PCM
T1, T2, T3, T5, T6, T7, T8 is the sample time the personal pump was on in minutes.

8 HOUR TWA = WEIGHTED AVERAGE x $\frac{(T1+T2+T3+T5+T6+T7+T8) + (Total time in minutes)}{480 \text{ minutes}}$
while remaining in the exposure)] / 480 minutes

WORK MINUTES = (T1+T2+T3+T5+T6+T7+T8 [Time (minutes) to change out sample cassettes)] = 30 + 30 + 30 + 30 + 15 + 15 + 30 = 203 minutes

**TABLE 4**

**Gasket Removal Study IV**

**Scraping, Hand Wire Brushing and Electro Wire Brushing**

**Personal Exposure**

Assistant
(Sampler - Left Shoulder)

| Sample I.D. | Time On/Off Total Time (minutes) | Asbestos Exposure PCM (f/hr/cc) | Weighted Average 8 Hour TWA (f/cc) |
|---|---|---|---|
| P-1-D | 1000/1030 (30 minutes) | 1.5 | |
| P-2-D | 1040/1118 (30 minutes) | 1.2 | |
| P-3-D | 1125/1155 (30 minutes) | 1.9 | |
| P-5-D | 1428/1458 (30 minutes) | 3.7 | |
| P-6-D | 1505/1520 (15 minutes) | 15.6 | |
| P-7-D | 1527/1542 (15 minutes) | 10.1 | |
| P-8-D | 1547/1602 (15 minutes) | 13.5 | |
| Phase Contrast Microscopy NIOSH 7400 'A' Counting Rules | | | |

NOTE: Exposure for 8 hour TWA is based on 203 working minutes out 480 (8 hours) and assumes no asbestos exposure for the balance of the work day.

$$\text{WEIGHTED AVERAGE} = \frac{[P1 \times T1] + [P2 \times T2] + [P3 \times T3] + [P5 \times T5] + [P6 \times T6] + [P7 \times T7] + [P8 \times T8]}{T1 + T2 + T3 + T5 + T6 + T7 + T8}$$

P1, P2, P3, P5, P6, P7, P8 is the concentration of asbestos fibers per cubic centimeters of air sampled.  Fiber determined by PCM
T1, T2, T3, T5, T6, T7, T8 is the sample time the personal pump was on in minutes.

8 HOUR TWA = WEIGHTED AVERAGE x [T1+T2+T3+T5+T6+T7+T8 + [Total (time in minutes) to change out sample cassettes)
while remaining in the exposure)] / 480 minutes

WORK MINUTES = [T1+T2+T3+T5+T6+T7+T8 [Time (minutes) to change out sample cassettes)] = 30 + 30+ 30+ 30+ 15+ 15+ 15+30 = 203 minutes

**MEMORANDUM**

DATE:       May 11, 2001

TO:         File

FROM:       Bill Longo

RE:         Gasket Study IV

For our upcoming Gasket Studies, MAS contacted the Plumbers, Steamfitters Local 72 (404-373-5778) and was put in contact with the business agent by the name of Mr. George Head.

After the discussion with Mr. Head, MAS was put in touch with a Mr. Dean Holcomb, a journeyman pipe fitter with 30 years of experience who was on disability (retired) because of chronic knee problems. Additionally, Mr. Holcomb stated that he had never filed a personal injury asbestos lawsuit or had ever testified in one on behalf of any individual who was involved in one.

Mr. Holcomb agreed to participate in the MAS study and visited our facility on Friday, April 27, 2001 to inspect the flanges that were going to be used in the study.

Mr. Holcomb stated that these flanges were typical for high pressure, high temperature (250 lbs pressure, approx 300°F) steam lines.  Mr. Holcomb stated that in most cases, gaskets from these types of lines would be tightly adhered to the flange surface. It was explained to Mr. Holcomb that we wanted him to work on the removal of these gaskets from the flanges just as if he was in the field on a typical job.  Mr. Holcomb then stated that he would need an air driven impact wrench to remove the bolts off the flange and would require a stiff putty knife, a hand wire brush and an electric wire brush (side grinder) in order to remove the gaskets on the flange surface depending on how tightly adhered they were.

Arrangements were made for Mr. Holcomb to be at MAS on Monday, May 14th for a respirator fit test and then go to Lowe's so that Mr. Holcomb could pick out the tools he would need for the study.



<u>INDEX OF REVISIONS</u>

| | Revision # | Date Completed | Remarks |
|---|---|---|---|
| 1) | Revision #0 | July 3, 2001 | N/A |
| 2) | Revision #1 | July 25, 2001 | Add Midget Impinger Control Data and Correction of Typographical Errors |
| 3) | Revision #2 | August 16, 2001 | Add Correspondence |
| 4) | Revision #3 | March 22, 2002 | Add TEM Data |

EXHIBIT B

EXHIBIT AA

MAS GASKET AND PUMPS STUDY IV VIDEOTAPE

To Be Provided To The Court

EXHIBIT C

## Removal and Replacing Valve Packing

This study was designed and conducted by Richard Hatfield, William Longo, Robert Ewing, John Fanizz, Ted Dawson, and William Ewing.

### Study Design and Methodology

The study was performed in the exposure characterization lab (ECL). The size of the ECL is approximately 20' x 15' x 8' and the walls and ceiling are constructed of a painted plastic laminate. The ECL was constructed with two viewing windows for video taping purposes and has a ventilation rate of approximately 200 cubic feet per minute with two primary inlet sources and a negative air machine that produces a constant airflow during the study. After the study, the inside of the ECL was decontaminated by standard asbestos abatement methods including HEPA vacuuming of all dust and debris and wet wiping of all surfaces.

During video taping of the work practice study, lighting is utilized inside the ECL to enhance the possible observations of dust release during the work practice. Previous studies have shown that the use of, what is commonly referred to as the "Tyndall light phenomena", is an effective method of displaying respirable airborne dust generated from workplace activas.[1,2,3]  To minimize light reflection, the walls, floor and ceiling inside the ECL were painted black.

Materials Analytical Services (MAS) obtained some John Crane asbestos containing valve packing. Additionally MAS received a number of valves from Dr. Robert Gay. A sampling of these valves were opened, and using tweezers a small sample of the packing was obtained prior to the work practice study. The samples were analyzed by polarized light microscopy (PLM) and confirmed that chrysotile asbestos was present in the packing of the valves tested. The valves were reassembled and the outside surfaces were cleaned. After cleaning, the valves were sandblasted and repainted. The cleaning and repainting measures were taken to minimize any contribution of asbestos from previous thermal insulation which may have been present. Six of these valves were used in this study and were designated as valves 1, 2, 3, 4, 6, and 7.

During the study, air samples were collected using 25mm air cassettes containing 0.8 micron pore mixed cellulose ester (MCE) filters and a 5.0 micron backing pad. The air sampling pumps were calibrated both before and after the sample collection. High volume pumps were used for area air samples during the simulation. The pumps were located outside the ECL and connected to the air sample cassettes by Tygon tubing through the walls of the ECL. The four area air samples were located around the work site. The air sampling cassettes were located approximately five feet from the floor and 6 to 7 feet from the work activity. The high volume

---

[1] Surgeon Commander P.G. Harris, "The Effects and Control of Disease Associated with Exposure in Devonport Dockyard," Doctoral Dissertation.

[2] C.Donald & K.S. Lane, "Asbestos Toxicology Report," Union Carbide Corporation.

[3] D.T. Ecob's, "Dust Control Development" (S. Chissick & R. Derricott), in Asbestos, Volume 2, Properties, Applications and Hazards, 6: 173, 1983.

[4] L.J. Schiffof, Insulation Hygiene Progress Report," Volume 1, No. 4, Winter, 1971.

the work practices simulated ... First ... The work area was an en ...

... under ... with ... a flow rate of ... per minute ... Eight of the
valves background samples were run inside and outside the ECL. The air samples were collected
in accordance as described in the NIOSH 7400 Method for measuring airborne asbestos fibers.

The individuals working inside the ECL wore Tyvek suits under cotton/polyester work clothes
and were provided with respiratory protection. The ECL design included decontamination areas
for clothing removal and a shower to remove residual asbestos contamination before the workers
left the ECL area.

The work practice used in this study was the removal of old asbestos containing packing from
valves and then repacking of the valves with new asbestos containing packing. For this study two
machinist were used in two separate phases.  Phase I involved a machinist with experience in
industrial settings (Mr. Leland Gagnebin).  For Phase II, a machinist performing the work in
practice study had experience in maritime applications (Mr. John Fezing). Mr. Leland Gagnebin,
was asked to perform the work activities just as he would in the field. Mr. Gagnebin also
provided some information about his industrial experiences in removal and replacement of valve
packing. During this discussion Mr. Gagnebin stated the following:

- Worked at Chevron USA at Richmond, California for 7 years as a Machinist.

- He was trained by Chevron and worked there from 1980 to 1986.

- Mr. Gagnebin estimates that he has removed and replaced packing in valves, hundreds, if not
  thousands of times.

- During "shut down", Mr. Gagnebin stated that it was typical for him to remove and replace
  packing for 8 hours a day, 7 days a week.  During routine maintenance and boiler re-
  certification, it would be less.

- Mr. Gagnebin stated, "that on steam lines, when they went to replace the packing it was
  always dry". Mr. Gagnebin further stated, "That the primary reason the valve packing failed
  was because it would dry out and become brittle. Therefore, it was not his experience to find
  anything but dry packing in valves on steam lines".

- Mr. Gagnebin stated that these work activities and observations for valve packing
  removal/replacement were common among other industrial machinist.

Mr. John Fezing provided the following information about his maritime experience working with
valves, packing, and gaskets.

Mr. Fening also stated that the valve packing was always dry when removed, since any leaking valves were dry once they cooled down.

Mr. Fening also stated that he had removed and repack thousands of valves

To simulate the valve packing replacement activity, Mr. Gagnebin (Phase I) and Mr. Fening (Phase II), utilizing the appropriate tools, would first open the stuffing box on the valve, removed the packing, cleaned out the stuffing box and replaced the packing. The packing was replaced by cutting the appropriate length of packing and placing it into the stuffing box. The packing was packed into the stuffing box with the packing gland and valve collar. This entire process was then repeated for each of the valves. The sampling and work time for the study was 2 hours and 19 minutes for Phase I and 1 hr 42 minutes for Phase II. After the completion of the work practice, a swatch sample of the work clothing was taken from both Mr. Gagnebin's and Mr. Fening's shirt as well as the machinist helper's shirt and analyzed by the Chatfield method to determine the level of asbestos contamination in the clothing. Additionally, the amount of asbestos present on the element rags used by each machinist in the study was also analyzed by the Chatfield method.

The air samples analyzed by TEM were first prepared using a redeposit method as detailed in the ASTM method D-5755. For the TEM analysis, a modified Yamate EPA level II indirect air sample analysis was performed. The filters were analyzed by the NIOSH 7400 method for PCM using the A counting rules.

Samples of the used packing, which was removed, were collected after the completion of the study. These samples were analyzed by PLM to determine the asbestos content. Upon completion of the workplace simulation study, the SCL was completely decontaminated to remove the asbestos containing dust. All surfaces were HEPA vacuumed and wet wiped according to standard asbestos abatement technology. All painted surfaces were repainted.

Discussion of Results

The exposure results for the industrial machinist ranged from 0.21 to 0.41 f/cc as measured by PCM. The exposure ranged from 4.37 structures/cc to 7.41 structures/cc as measured by TEM. The machinist helper's exposure as measured by PCM were from 0.05 f/cc to 0.12 f/cc, and ranged from 2.09 structures/cc to 70.88 structures/cc by TEM. The 70.88 structures/cc measurement appears to be an outlier, however no direct cause of this elevated level is known. The area samples ranged from 0.06 f/cc to 0.10 f/cc by PCM and 0.32 structures/cc to 1.01 structures/cc by TEM.

PCM and β Is fraction

The exposure results of the maritime machinist activities were lower than the values measured during the industrial machinist. Two factors may explain much of the differences. One of the three valves the maritime machinist worked on did not contain asbestos packing. Secondly, observations made during the study indicated that the packing in the maritime machinists valves were easier to remove than the valves used by the industrial machinist. This is also evidenced by the work time required to remove and repack the valves. The work time for the industrial machinist was 2 hours, 19 minutes and the work time for the maritime machinist was 1 hour, 42 minutes. Both machinists stated that sometimes it is easier to remove packing from one valve than another.

In both studies, the clothing worn by the machinist and the helper became contaminated with asbestos fibers. The levels ranged from 11.9 million to 438 million structures per square foot of clothing. The cleaning rags used by each machinist became contaminated with asbestos fibers ranging from 145 million to 853 million asbestos structures per square foot of rag. Additionally, surface dust samples were taken off the worktable before and after the maritime machinist completed his work. The sample before indicated no asbestos present and after the work 1.50 billion asbestos structures per square foot was measured.

### Conclusion

It is evident from this study, that individuals who routinely remove and replace asbestos containing packing can be exposed to significant levels of airborne asbestos fibers. These levels can exceed the current OSHA PEL of 0.1 f/cc if the procedure is performed for extended periods of time.

The contaminated clothing and work rags offer evidence of further potential to expose the workers throughout the workday. Additionally, if the clothes are worn or taken home, additional exposure can occur for the worker and other family members. The dust samples also demonstrated that the work area became contaminated by the activity. This contamination can offer further exposure to the workers and others when the asbestos containing dust is disturbed and reentrained into the air through activities such as a cleanup of the work area.

REMOVAL AND REPLACING VALVE PACKING II Study
Work Practice Simulation

*Protocol*

William Ewing, Tod Dawson, Richard Hatfield, and William E. Longo, Ph.D.

I.    ECL SET-UP

A.    Study is to be performed in the exposure characterization lab (ECL) constructed using negative airflow asbestos abatement technology. The size of the ECL is approximately 15' x 20' x 8'.

B.    Air exchange inside the ECL will be approximately 200 cubic feet per minute as measured (Extech Model 451126) at the air exhaust of the HEPA filter negative air machine (Aramsco, Comanche Model #55011).

C.    Tyndall lighting setup according to the protocol as described in D.T. Chambers, "Asbestos", John Wiley & Sons, 6, 193, 1979.

II.    BACKGROUND AIR SAMPLES

A.    Adjust and calibrate high volume area pumps to 10 liters per minute.

B.    Setup two to four area air samples inside the ECL. Use 25 mm air cassettes containing 0.8 micron pore size mixed cellulose ester (MCE) filters with a 5.0 micron backing pad.

C.    Locate the area air samples in each quadrant of the ECL at a height of 55" from the floor and a distance of approximately 6 feet from the work activity.

III.    WORK PRACTICE STUDY

A.    October 27, 1999

1)    Valves Inspected

B.    October 28, 1999

The industrial machinist will be instructed to remove the "old" asbestos containing packing and replace with "new" John-Crane 1/8" asbestos packing in the first four valves designated for this study. The machinist will use his own tools and will be instructed to use the same work

practices . . . . . . . . . . . . . . .
employed

determine of air measurements the observer/assistant . . . . . . .
airborne asbestos

1) Before the study, both machinist will be fit tested for proper use of respirator.

2) Machinist tools are wet wiped before they are allowed into the ECL.

3) The machinist and the observer/assistant will each be fitted with two to four personnel air pumps and air cassettes located in their breathing zone and calibrated at a flow rate of 2 liters/minute.

4) Both the machinist and the observer/assistant will wear appropriate protective clothing, work apparel and appropriate respiratory protection equipment.

5) The work practices will be performed under Tyndall lighting. The entire procedure will be video taped with three separate cameras.

6) During filming, the Tyndall lighting will be turned off and overhead lights turned on at least once during the simulation.

7) After the study is completed, the ECL will be decontaminated using typical asbestos abatement techniques including HEPA vacuuming and wet wiping.

C.   October 29, 1999

1) Before the start of the second study, backgrounds air samples will be run.

2) The maritime (2nd) machinist will be instructed to remove the "old" asbestos containing packing and replace with "new" John Crane 1/8" asbestos packing in the second set of 4 valves that are designated for this study.

3) The machinist will use his own tools and be instructed to use the same work practices that he would typically use to repack valves while he was on-board ships. Air sampling and other procedures will be done as described on October 28, 1999.

3) The ECU air is decontaminated again at the end of the study.

IV    Laboratory Analysis

A.    All air samples will by analyzed by the NIOSH 7400 PCM method using A counting rules.   After ¼" of the filter has been removed for the PCM analysis, the remaining filter material will be used for TEM analysis.

B.    For the TEM analysis, all samples will be analyzed by the indirect method. Samples will be prepared using the ASTM D5755-95 method protocol.

C.    The "old" packing from each valve will be collected and analyzed by PLM for asbestos content.  Splits of the packing will be given to defendants if requested.

D.    For dust analysis, samples will be analyzed by the ASTM D5755-95 method.

E.    Fabric samples will be analyzed by the Chatfield method.

MATERIALS and Methods

## Work Practice Simulation Protocol

I) Chamber Setup

A) The walls, ceiling, and floor are painted black to diminish light reflection.
B) Arranged lighting for Tyndall effect in general accordance with the method described in by D.T. Chambers, "Asbestos", John Wiley & Sons, 6, 193, 1979.

II) Background Air Samples

A) Adjust and calibrate high-volume area pump to appropriate flow rate.
B) Set up two or more air samples inside the chamber and one outside air sample in general accordance with the procedure outlined in the NIOSH 7400 method.

III) Work Practice Study[1]

A) Review the appropriate information on work practices simulation.
B) Acquire all necessary tools and materials required for work practice simulation.
C) Calibrate personnel and high volume sampling pumps appropriate to flow rates.
D) Set ventilation to 200 cubic feet per minute as measured with the Extech Flow Anemometer.
E) Set up two or more inside air samples and one outside air sample in general accordance with the procedure outlined in the NIOSH 7400 Method.
F) Participants in the study are to wear protective clothing, work apparel, and respiratory protection equipment.
G) Set up the personnel air samples in general accordance with the procedure outlined in the NIOSH 7400 method.
H) Determine the appropriate time for the length of study.
I) Work practice study performed as determined in Section III, A&B.

[1] Parts of the procedure may be done in advance of chamber set up.

samples in the ... shed ... early ... in the ... directions during forming turn off Tyndall lighter and turn the readings

IV.   ANALYSIS

A)   Analyze air samples by NIOSH 7400 PCM methods with A counting rules.
B)   Analyze air samples by either TEM direct or indirect method.
C)   Analyze the cloth/fabric samples by the Chatfield method.
D)   Analyze dust samples by the ASTM D-5595 method.

V.   RESULTS

A)   Air:  Report PCM results as fibers/cc, report TEM results all sizes (structures/cc) and greater than or equal to 5 microns in fibers/cc.
B)   Fabric:  Report TEM results as number of asbestos structures per cm$^2$ and per square foot of cloth sample.
C)   Dust:  Report TEM results as number of asbestos structures per cm$^2$ and per square foot of surface area sampled.

## VALVE PACKING REMOVAL AND REPLACEMENT STUDY II
## ASBESTOS AIR & FABRIC ANALYSIS RESULTS
### Industrial Machinist

| Sample # | Sample Description | PCM Fibers/cc | TEM (All) Str/cc | TEM Fibers > 5um/cc |
|---|---|---|---|---|
| I-I-A | IWA Background | 0.00 | 0.00 | N/A |
| I-I-B | IWA Background | 0.00 | 0.00 | N/A |
| I-I-C | IWA Background | 0.09 | 0.00 | N/A |
| I-I-D | IWA Background | 0.00 | 0.00 | N/A |
| I-II-A | IWA Area Sample | 0.19 | 0.83 | 0.23 |
| I-II-B | IWA Area Sample | 0.08 | 0.97 | 0.20 |
| I-II-C | IWA Area Sample | 0.06 | 0.52 | 0.19 |
| I-II-D | IWA Area Sample | 0.10 | 2.01 | 0.63 |
| I-III- | IWA Personnel | 0.21 | 1.37 | 0.37 |
| I-III- | IWA Personnel | 0.51 | 7.49 | 2.26 |
| I-III- | IWA Personnel | 0.41 | 7.19 | 2.39 |
| I-III-WL-LD | IWA Personnel | 0.12 | 70.88 | 28.07 |
| I-III-WL-RE | IWA Personnel | 0.08 | 2.09 | 0.48 |
| I-III-WL-LF | IWA Personnel | 0.10 | 2.59 | 0.65 |

| | | Structures/sq ft | Structures/cm² |
|---|---|---|---|
| I-IV-LD | Clothing Fabric | 153 million | 165 thousand |
| I-IV-WL | Clothing Fabric | 438 million | 471 thousand |
| I-IV-LR | Cloth Sample | 853 million | 919 thousand |

VALVE PACKING REMOVAL AND REPLACEMENT STUDY II
ASBESTOS AIR & FABRIC ANALYSIS RESULTS
*Maritime Machinist*

| Sample # | Sample Description | PCM Fibers/cc | TEM (All) Str/cc | TEM Fibers > 5um/cc |
|---|---|---|---|---|
| I-V-A | IWA Background | 0.00 | 0.00 | N/A |
| I-V-B | IWA Background | 0.00 | 0.00 | N/A |
| I-V-C | IWA Background | 0.00 | 0.00 | N/A |
| I-V-D | IWA Background | 0.00 | 0.00 | N/A |
| | | | | |
| I-V-A | IWA Area Sample | 0.03 | 0.19 | 0.04 |
| I-V-B | IWA Area Sample | 0.03 | 0.17 | 0.03 |
| I-V-C | IWA Area Sample | 0.02 | 0.27 | 0.07 |
| I-V-D | IWA Area Sample | 0.04 | 0.18 | 0.01 |
| | | | | |
| I-VII-WL | IWA Personnel | | 1.31 | 0.60 |
| I-VII-JF | IWA Personnel | | 0.51 | 0.06 |
| I-VII-JFR | IWA Personnel | 0.06 | 0.55 | 0.13 |
| | | | | |
| I-VII-WLRO | IWA Personnel | 0.02 | 0.33 | 0.07 |
| I-VII-WLRE | IWA Personnel | 0.03 | 0.84 | 0.32 |
| I-VII-WLLF | IWA Personnel | 0.03 | 0.32 | 0.13 |

| Sample # | Sample Description | Structures/sq ft. | Structures/cm² |
|---|---|---|---|
| I-VIII-WL | Clothing Fabric | 11.9 million | 12.8 thousand |
| I-VIII-JF | Clothing Fabric | 269 million | 290 thousand |
| I-VIII-JFR | Cloth Sample | 145 million | 155 thousand |
| | | | |
| I-XI-A | Dust Sample Before | 0.00 | 0.00 |
| I-XI-B | Dust Sample After | 1.50 billion | 1.61 million |

EXHIBIT D

EXHIBIT BB.

REMOVAL AND REPLACING
VALVE PACKING: WORK PRACTICE
SIMULATION STUDY II VIDEOTAPE

To Be Provided To The Court

EXHIBIT E

# TEM CLEARANCE AIR SAMPLING

## MAS

30\d Lakefield Court
Suwanee, GA 30024
PH: (770) 800-3200
FAX: (770) 800-3250

Co. Name: __MAS__
Address: ____

PH: ____
FAX: ____

Project Number: ____
Project Name: ____
Work Area Description: __Valve Factory Structure__
Project Representative: ____
Sampling Date: __10/28/11__

Sheet ____ of ____

| Date | Sample No. | Sample Location | Sample Type | Sample Time (Minutes) | | Duration | Flow Rate (Liters per Minute) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Start | Stop | | Before | After | Average |
| 10/28/11 | T-W-6Ω | Cloth | | | | | | | |
| 10/28 | T-W-2 | Cloth | | | | | | | |
| 10/28 | T-W-6-AR | Cloth - Bag | | | | | | | |
| 10/28 | T-W-FA | Cloth-dial | | | | | | | |
| 10/28 | TW-2-RA | Bag Shelf | | | | | | | |
| 10/28/11 | Valve 1 | bulk | | | | | | | |
| 10/28 | Valve 2 | bulk | | | | | | | |
| 10/28 | Valve 3 | bulk | | | | | | | |
| 10/28 | Valve 4 | bulk | Sample not collected | | | | | | |

## CHAIN OF CUSTODY

Initial Relinquished Date: 10/28/11

Mode of Transfer: By Truck

Lab/ph Date: 10/28/11

First Transfer By: ____
Second Transfer By: ____
Third Transfer By: ____

# TEM CLEARANCE AIR SAMPLING DATA/CHAIN OF CUSTODY

**MAS**

3945 Lakefield Court
Suwanee, GA 30024
PH: (770) 680-3200
FAX: (770) 680-3267

Co. Name: MAS
Address: _____

PH: _____
FAX: _____

Project Number: _____
Project Name: _____
Work Area Description: _____
Project Representative: _____
Sampled Date: 10/23/05

Sheet _____ of _____

| Date | Sample No. | Sample Location | Sample Type | Sample Times (Minutes) Start | Stop | Duration | Flow Rate (Liters per Minute) Before | After | Avg. |
|------|-----------|-----------------|-------------|-------|------|----------|--------|-------|------|
| 10/23 | T-VII-1-JL | Fabric | | | | | | | |
| 10/23 | T-VII-JF | Fabric | | | | | | | |
| 10/23 | T-VII-TRW | Fabric-R | | | | | | | |
| 10/23 | T-VII-PR | Fabric Blank | | | | | | | |
| 10/23 | T-VII-EA | Reg. Blank | | | | | | | |
| 10/23 | Valve S | Bulk | | | | | | | |
| 10/23 | Valve G | Bulk | | | | | | | |
| 10/23 | Valve 7 | Bulk | | | | | | | |
| 10/23 | T-IX-N | Dust (Ultra) | 1AX area | | | | | | |
| 10/23 | T-IX-A | Dust (MAS) | 1AX area | | | | | | |

Jakoe Staugh Jr.

**CHAIN OF CUSTODY**

| Initial Shipment Date: 10/24/05 | Mode of Transfer: | Log-In Date: 10/24/05 | By: |
|---|---|---|---|
| WF-7 | 11-4-2 | | |

First Transfer By: _____
Second Transfer By: _____
Third Transfer By: _____

Location:

Type_Mat: Valve Packing

Gross Visual: Gray/brown. Flakey metallic material surrounding fiber bundles and wire.

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refract Index | 1.555/1.549 | | |
| Sign | + | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

| ASBESTOS MINERALS | EST. VOL_% |
|---|---|
| Chrysotile | |
| Amosite | 67 |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

#### OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Cellulose | |
| Copper wire | 10 |
| | 5 |

#### NON FIBROUS COMPONENTS

| | |
|---|---|
| Flake and matrix | |
| | 18 |

Efflorescence:

Binder Description: Graphite flake and fine aggregate matrix.

Comments:

Location:

Type_Mat:  Valve Packing

Gross      Gray/brown. Flakey metallic material surrounding fiber bundles and wire.
Visual:

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | |
|---|---|
| Morphology | Wavy |
| Pleochroism | None |
| Refract Index | 1.555/1.548 |
| Sign | + |
| Extinction | Parallel |
| Birefringence | Low |
| Melt | No |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS                    EST. VOL. %

| | |
|---|---|
| Chrysotile | 50 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Cellulose | |
| Copper wire | 29 |
| | 8 |

NON FIBROUS COMPONENTS

| | |
|---|---|
| Flake and matrix | |
| | 22 |

Effervescence:

Binder Description:  Graphite flake and fine aggregate matrix.

Comments:

PLM ANALYSIS

Location
Type. Mat:  Valve Packing

Gross       Gray/black. Flakey metalic material surrounding fiber bundles and wire.
Visual:

| OPTICAL DATA FOR ASBESTOS IDENTIFICATION | | |
|---|---|---|
| Morphology | Wavy | |
| Pleochroism | None | |
| Refract Index | 1.55 1.543 | |
| Sign | + | |
| Extinction | Parallel | |
| Birefringence | Low | |
| Melt | No | |
| Fiber Name | Chrysotile | |

ASBESTOS MINERALS                    EST. VOL. %

| | |
|---|---|
| Chrysotile | 65 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Copper wire | 5 |

NON FIBROUS COMPONENTS

| | |
|---|---|
| Flake and matrix | 30 |

Effervescence

Binder Description:  Graphite flake and fine aggregate matrix.

Comments:

Location
Type_Mat:  Valve packing

Gross      Tan with silver/gray metallic flake adhering   Fibrous woven bundles with flaky metallic material
Visual:    adhering.

| OPTICAL DATA FOR ASBESTOS IDENTIFICATION | | |
|---|---|---|
| Morphology | Wavy | |
| Pleochroism | None | |
| Refract Index | 1.___/1.548 | |
| Sign | + | |
| Extinction | Parallel | |
| Birefringence | Low | |
| Melt | No | |
| Fiber Name | Chrysotile | |

ASBESTOS MINERALS                    EST. VOL. %

| | |
|---|---|
| Chrysotile | 45 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Cellulose | 50 |
| | |
| | |
| | |

NON FIBROUS COMPONENTS

| | |
|---|---|
| | |
| | |
| Graphite flake | 5 |

Effervescence
Binder Description:

Comments:  Sample is disaggregated.  Small diameter metal wire also present in sample.

Location:

Type_Mat:  Valve Packing

Gross     Grey/brown. Flakey metallic material surrounding fiber bundles and wire.
Visual:

| OPTICAL DATA FOR ASBESTOS IDENTIFICATION | |
|---|---|
| Morphology | Wavy |
| Pleochroism | None |
| Refract Index | 1.550/1.548 |
| Sign | – |
| Extinction | Parallel |
| Birefringence | Low |
| Melt | No |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS                    EST. VOL. %

Chrysotile _____          60
Amosite _____
Crocidolite _____
Tremolite/Actinolite _____
Anthophyllite _____

OTHER FIBROUS COMPONENTS

Cellulose _____             15
Copper wire _____            5

_____
_____

NON FIBROUS COMPONENTS

_____
_____

Flake and matrix _____      20

Effervescence: _____

Binder Description:  Graphite flake and fine aggregate matrix.

Comments:

Location

Type_Mat:   Valve Packing

Gross    Black. Flakey metallic material surrounding glassy fibers and wire.
Visual:

| OPTICAL DATA FOR ASBESTOS IDENTIFICATION | | | |
|---|---|---|---|
| Morphology | | | |
| Pleochroism | | | |
| Refract Index | | | |
| Sign | | | |
| Extinction | | | |
| Birefringence | | | |
| Melt | | | |
| Fiber Name | | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

NO ASBESTOS OBSERVED

| | |
|---|---|
| Chrysotile | |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Fibrous glass | 70 |
| wire | 5 |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Flake and matrix | 25 |

Effervescence

Binder Description:   Graphite flake and fine aggregate matrix

Comments:

Location
Type_Mat:  Valve Packing

Gross
Visual:  Gray/brown. Flakey metallic material surrounding fiber bundles and wire.

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| Morphology | Wavy |
| Pleochroism | None |
| Refract Index | 1.555/1.548 |
| Sign | + |
| Extinction | Parallel |
| Birefringence | Low |
| Melt | No |
| Fiber Name | Chrysotile |

| ASBESTOS MINERALS | EST. VOL. % |
|---|---|
| Chrysotile | .50 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

| OTHER FIBROUS COMPONENTS | |
|---|---|
| Cellulose | |
| Copper wire | 20 |
| Silver-color wire | 5 |
| | 3 |

| NON FIBROUS COMPONENTS | |
|---|---|
| | |
| | |
| | |
| Flake and matrix | 22 |

Effervescence:
Binder Description:  Graphite flake and fine aggregate matrix

Comments:

Location

Type_Mat      valve packing

Gross         Tan with silvergray metallic flake adhering.  Fibrous woven bundles with flaky metallic material
Visual        adhering.

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | |
|---|---|
| Morphology | Wavy |
| Pleochroism | None |
| Refract Index | 1.553/1.548 |
| Sign | + |
| Extinction | Parallel |
| Birefringence | Low |
| Melt | No |
| Fiber Name | Chrysotile |

**ASBESTOS MINERALS**                          **EST. VOL. %**

| | |
|---|---|
| Chrysotile | |
| Amosite | 50 |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Cellulose | 45 |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Graphite flake | 5 |

Effervescence

Binder Description

Comments    Sample is disaggregated.  Small diameter metal wire also present in sample.

CHAIN OF CUSTODY

CLIENT   NAS Corp., etc.                    NAS JOB #: 371.xx

CONTACT  Bill Longo,                        DATE RECEIVED: date

PHONE: (770) 444-3200                       SUBMITTED BY: Bill Longo,

CLIENT JOB NAME: Crane Packing, Style #1, 1/8" Diameter, Metal    TRANSPORT: Hand Delivery

CLIENT JOB#:                                RECEIVED BY: Bill Egeland

CLIENT DOC(S):                              CONDITION:  OK

FAX NUMBER: (770) 355-4255

| NAS # | CLIENT SAMPLE | NAS # | CLIENT SAMPLE | NAS # | CLIENT SAMPLE |
|-------|---------------|-------|---------------|-------|---------------|
| XX1   | 1/8" Crane Packing |   |   |   |   |

INITIAL FILE REVIEW: _____     DATE _____

SAMPLE PREP BY: _____     DATE _____

SAMPLE ANALYSIS BY: _____     DATE _____

COMMENT: _____

Materials Analytical Services, Inc.
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200

Proj#-Spl#    M32186-001    Analyst  A. S. Egeland    Date  9/03/93

Location

Type_Mat

Gross     Metallic gray black  1/8" diameter packing with flakey metallic material on surface and off-white fiber
Visual:   bundles throughout.

| OPTICAL DATA FOR ASBESTOS IDENTIFICATION | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refract Index | 1.550-1.548 | | |
| Sign | + | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

ASBESTOS MINERALS                        EST. VOL %

Chrysotile                                    75
Amosite
Crocidolite
Tremolite/actinolite
Anthophyllite

OTHER FIBROUS COMPONENTS
Cellulose                                     1

NON FIBROUS COMPONENTS

Binder                                        24

Effervescence: None

Binder Description: Metallic flake and very fine aggregate

Comments: thin malleable wire material observed in interior of sample



SG by Adriana Suarez            by

. Leland Cagashi
  .Adriana Suarez
act. Barking pet. ...
GTCe——————————5/1/1995——2:35=35————————————————————
rcharge 1/2' JOHN CRANE PACKING on 05/01/95 from M. MASELLI &
—Perkings.

d—ox'd, the stuff to Dr. Longo in Suanee GA, leaving the receipt in the
[alan!]

articular case: ARGEN

nt is approx: $53.00 which I placed upon the company credit card.

...



ROC

NOTICE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

PLM ANALYSIS

Location:   graphite impregnated
Type_Mat:   1/8" valve packing Garlock

Gross    Silver square packing 1/8" thick in diameter. Metallic silver flakes on outer surface with multiple tan
Visual:  woven fiber bundles on the inside.

| OPTICAL DATA FOR ASBESTOS IDENTIFICATION | |
|---|---|
| Morphology | Wavy |
| Pleochroism | None |
| Refract Index | 1.5 — 1.548 |
| Sign | + |
| Extinction | Parallel |
| Birefringence | Low |
| Melt | Na |
| Fiber Name | Chrysotile |

| ASBESTOS MINERALS | EST. VOL. % |
|---|---|
| Chrysotile | |
| Amosite | 50 |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

| OTHER FIBROUS COMPONENTS | |
|---|---|
| Cellulose | 45 |

| NON FIBROUS COMPONENTS | |
|---|---|
| Graphite flake | 5 |

Effervescence:
Binder Description:

Comments:   Graphite flake is only located on the surface of the packing.

ENVIRONMENTAL

October 14, 1999

William E. Longo, Ph.D.
Richard Hatfield
MAS, Inc.
3945 Lakefield Ct.
Suwanee, GA 30024

RE: Valve Packing

Dear Bill and Richard:

I recall you were interested in obtaining some 1/8th inch valve packing for future exposure studies. Enclosed are two spools of Garlock brand 1/8th inch valve packing. One is graphite impregnated and the other is not. Both are labeled as containing asbestos, but I have not analyzed them. Best regards.

Sincerely,

William M. Ewing, CIH
Technical Director

Enclosures

Received 10-13-99 dmag...

EXHIBIT F

AFFIDAVIT

state and swon

My name is Robert Laird Gay.  I am currently the Environment Coordinator for the Portland Development Commission in Portland, Oregon.  My education and work experience are summarized in my resume (Attachment A).

In August, 1994, about 190 flanges and about 30 valves, weighing over three tons were salvaged from an old steam powerhouse at a wood processing mill in southeastern Oregon just prior to its demolition.  Flange diameters ranged from 4" to 12".  Flange and valve tees (valve with 2 flanges) were limited to sizes that could be lifted and carried by one person.  Sixteen flange types and sizes were selected and tagged to afford a good representation of the entire facility.  Most were placed in secure, local storage so that dry climate would assure minimal rusting over time.  Twelve examples of several of the more numerous flange types collected were opened and their gaskets tested for asbestos (flange type tag #'s 1,2,3,5,10,11b, and 15).  Two scraps of unused gasket material found in the depleted powerhouse shop were also salvaged and tested.

Regarding the history and brands of gasket and packing material used at this facility, current mill personnel and two retirees associated with the old powerhouse were interviewed.  The powerhouse operated from 1928 through the early 1990s.  Through the mid-1970s, gasket material was mainly from Garlock and later Anchor, and considerable Anchor valve packing was used.  Later Anchor and Chesterton replacement gasket materials were used, with some Flexitalic™ and non-asbestos materials used in recent years.  According to the last steam fitter Gerd Bosmvizen who maintained these systems for the 22 years ending in 1994, many salvaged flanges

known [illegible] ... [illegible] ... his former [illegible] ...

Drum gasket material from the powerhouse shop included Anchor Twicom® and Chesterton No. 111®, which tested at 35% and 40% chrysotile, respectively. All twelve gaskets tested had 35%-45% asbestos, except one at 55%. No non-asbestos gaskets were found. An inner layer of metal sheet or wire mesh found in two thirds of the gaskets tested and in the Anchor Twicom® gasket material, was estimated by the lab to account for 10-15% of total gasket weight. No valve packing was removed or tested.

Too few markings were distinguishable on removed gaskets to establish their brand, due mainly to surface stains. According to current Gerrit Bosmvizen and retired Frank Brown, steamfitters interviewed, there was a longstanding practice at this mill of using a mixture of oil and graphite on new gaskets to ease their release in later replacements. All gaskets removed had graphite and heavy stains on their surfaces.

These flanges and valves were originally collected for anticipated testing for Garlock and possibly other gasket and packing manufacturers. The details and history of my work towards the collections of the flanges and valves are contained in my letter dated July 20, 1998 to James R. Millette, Ph.D., Director of MVA, Inc. (Attachment B). It is my understanding that Dr. Millette forwarded my letter to Mr. Richard Hatfield of Materials Analytical Services, Inc. (MAS). Mr. Hatfield contacted me in May of 1999. I agreed to sell the collection of flanges and valves to MAS. The above statements as well as those in the two attachments are true and correct to the best of my knowledge.

2

Further affiant sayeth naught.

Robert L. Gay, Ph.D.

STATE OF OREGON        )
                       ) ss.
COUNTY OF MULTNOMAH    )

Subscribed to and sworn to before me this 11 day of June, 1999.

Notary Public

My Appointment Expires

Aug 11, 2005

OFFICIAL SEAL
KELLI S SMITH
NOTARY PUBLIC - OREGON
COMMISSION NO. 056534
MY COMMISSION EXPIRES AUG 11, 2005